

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-22-00275-CV

| | | |
|---|---|---|
| IN RE: THE COMMITMENT OF JEFFREY PARKINSON | § | On Appeal from the 158th District Court |
| | § | of Denton County (21-6836-158) |
| | § | April 6, 2023 |
| | § | Memorandum Opinion by Justice Bassel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's civil commitment order. It is ordered that the order of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Dabney Bassel
       Justice Dabney Bassel